Cheryl R. G. Adamson WSBA #19799
Pierce J. Jordan, WSBA #55430
Cheryl.adamson@gesa.com
Pierce.jordan@gesa.com
Gesa Credit Union
51 Gage Blvd
P.O. Box 500
Richland, WA 99352
Phone: (509) 378-3100
*Attorneys for Defendant Gesa Credit Union*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER F. GREER,<br>Plaintiff,<br>v.<br>GESA CREDIT UNION and BELLEVUE NISSAN<br>Defendants. | Case No. 2:26-cv-00959<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1331—FEDERAL QUESTION JURISDICTION |

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1331, defendant Gesa Credit Union ("Gesa"), hereby provides notice of removal of the above-captioned case from the Superior Court of the State of Washington, County of King, Case No. 26-2-06604-3 KNT, upon the following grounds.

1. This case is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. §1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

Venue in this Court is proper pursuant to 28 U.S.C. §1446(a) because the Superior Court for the County of King is located within the division of this Court and within the Western District.

2. On or about February 23, 2026, plaintiff Walter F. Greer ("Plaintiff") filed an action against Defendants in the Superior Court of the State of Washington for the County of King as Case No. 26-2-06604-3.

3. Defendants first received a copy of the Complaint when it was served with the Summons on March 3, 2026. A true and correct copy of the Summons and Complaint are attached hereto as **Exhibit A**. By filing this Notice of Removal, Defendants do not waive any defenses related to insufficient service of process. This Notice of Removal is being filed within thirty (30) days of receipt, as required by 28 U.S.C. § 1446(b). As of the time of this removal, Defendants have filed no pleadings in the Superior Court action except a Notice of Appearance, and no proceedings have taken place.

4. Accompanying this Notice of Removal as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal (without exhibits), which Defendant will file in Superior Court for the State of Washington in the County of King promptly after filing this Notice of Removal.

5. This is a controversy over which the United States District Court has original jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. While Plaintiff outlines several Washington specific claims, the heart of his lawsuit arises from alleged violations of the Security Exchange Act of 1934. *See* Factual Allegations at ¶¶ 2, 3, 7, and 9. He also alleges other federal claims arising from UCC 3-301, UCC 3-307,

"Trust Activities", "Safekeeping and custody activities" and the "Trust Indenture Act of 1939." This Court has supplemental jurisdiction over Plaintiff's state law UCC and securities claims, which are part of the same case or controversy involving Plaintiff's allegations relating to his automobile loan at Gesa Credit Union.

WHEREFORE, Defendant hereby removes this action to this Court and respectfully requests that this Court assume full jurisdiction over this action, as provided by law.

DATED this 20th day of March, 2026.

GESA CREDIT UNION

*/s/ Pierce J. Jordan*
CHERYL R. G. ADAMSON, WSBA #19799
PIERCE J. JORDAN, WSBA #55430

# EXHIBIT A

# SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING

**[Walter F Greer, Agent for WALTER F GREER]**, Plaintiff,
v.
**[Gesa Credit Union]**, Defendant.
**[Bellevue Nissan]**, Defendant.

Case No.: 26-2-06604-3 KNT

SUMMONS

To: Gesa Credit Union

P.O. Box 500

C/O Legal Dept.

Richland, WA 99352

You are hereby summoned to appear and defend against the Complaint filed against you in the above-entitled Court within 20 days after service of this Summons (60 days if served outside Washington), exclusive of the day of service.

If you fail to do so, judgment will be rendered against you according to the demand of the Complaint.

Walter F Greer, agent & beneficiary

WALTER F GREER

PO BOX 7127

Covington, WA 98042

(206) 331-6676

Wilgreer3@gmail.com

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

**[Walter F Greer, Agent for WALTER F GREER]**, Plaintiff,

v.

**[Gesa Credit Union]**, Defendant.

**[Bellevue Nissan]**, Defendant.

Case No.: 26-2-06604-3 KNT

### VERIFIED COMPLAINT FOR VIOLATION OF WASHINGTON SECURITIES ACT

Plaintiff alleges as follows:

**I. PARTIES**

1. Plaintiff is an individual residing in King County, Washington.
2. Defendant is an individual/entity conducting business in Washington.

**II. JURISDICTION AND VENUE**

3. This Court has jurisdiction pursuant to RCW 2.08.010.
4. Venue is proper under RCW 4.12.025.

FACTUAL ALLEGATIONS

1. Plaintiff is the Holder of the following: Legal Instrument, Negotiable Instrument.
2. Plaintiff is seeking to redeem Negotiable Instrument
3. Plaintiff sent Registered Security twice to defendant seeking to redeem
4. Defendant denied Registered Security on the following dates September 18, 2025 and September 29, 2025.
5. Defendant stated on September 29, 2025 that their letter would be their last correspondence.
6. Defendant is in breach of Fiduciary responsibility and has denied any course of remedy.
7. Upon information and belief, the securities were not registered under RCW 21.20.140, nor were they exempt from registration.
8. Defendant knowingly made untrue statements of material fact and/or omitted material facts necessary to make the statements made misleading.
9. Defendant received 2 Registered Securities in September 2025, dishonored both Securities and did not return the Securities to the holder.
10. Plaintiff is seeking lawful remedy to remain in good standing.

Violations of Washington Law

Defendant's conduct constitutes violations of the Washington Securities Act, including but not limited to:

1. RCW 21.20.010, unlawful offers, sales, purchases
2. RCW 21.20.20, unlawful acts of person advising another
3. RCW 62A.3-301, person entitled to enforce instrument
4. RCW 62A.3-302, holder in due course
5. RCW 62A.3-307, notice of breach of fiduciary duty
6. RCW 62A.3-309, enforcement of lost, destroyed, or stolen instrument
7. RCW 62A.3-505, evidence of dishonor
8. RCW 62A.3-604, discharge by cancellation
9. UCC3-301, person entitled to enforce instrument
10. UCC3-307, notice of breach of fiduciary duty
11. Securities Exchange Act of 1934, (ii) Trust Activities, (viii) Safekeeping and custody activities
12. Trust Indenture Act of 1939

Damages

1. Plaintiff seeks remedy including recovery of the full amount paid, interest at the legal rate, costs of suit, and such other relief as the Court deems just and equitable.

# EXHIBIT B

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| WALTER F GREER, III,<br><br>Plaintiff,<br>v.<br><br>GESA CREDIT UNION and BELLEVUE NISSAN;<br><br>Defendant. | NO. 26-2-06604-3 KNT<br><br>NOTICE OF FILING NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that, on March 20, 2026, defendant Gesa Credit Union ("Gesa") filed a Notice of Removal of this action in the United States District Court for the Western District of Washington, a true copy of which is attached hereto as **Exhibit A**. As this action is removed to United States District Court, this Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by order of the United States District Court.



GESA CREDIT UNION
51 GAGE BLVD
P.O. BOX 500
RICHLAND, WA 99352
TELEPHONE (509) 378-3100
FAX (509) 316-4693

DATED this 20th day of March, 2026.

GESA CREDIT UNION

*/s/ Pierce J. Jordan*
CHERYL R. G. ADAMSON, WSBA #19799
PIERCE J. JORDAN, WSBA #55430

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2026, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Walter F Greer, *Pro Se* | X | U.S. Mail, Postage Prepaid |
| P.O. Box 7127 | | Hand Delivered |
| Covington, WA 98042 | | Overnight Mail |
| *Plaintiff* | | Facsimile |
| | | Electronic Mail |

*/s/ Jessica C. Dekker*
JESSICA C. DEKKER
Paralegal, Gesa Credit Union



GESA CREDIT UNION
51 GAGE BLVD
P.O. BOX 500
RICHLAND, WA 99352
TELEPHONE (509) 378-3100
FAX (509) 316-4693